# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OROSMANY LOPEZ GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 1:26-cv-06691-JLT-EPG-HC<br><br>ORDER GRANTING *PRO HAC VICE* APPLICATION<br><br>(ECF No. 2) |

Before the Court is the application of Arno Javier Lemus, attorney for Petitioner, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF No. 2) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE